BENJAMIN B. WAGNER
United States Attorney
MELANIE L. ALSWORTH
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1:14-MJ-00021 BAM |
|---|---|
| Plaintiff, | |
| v. | MOTION TO DISMISS CRIMINAL COMPLAINT; AND ORDER |
| FRANCISCO MARTINEZ AND JUVENTINO ALVAREZ, | |
| Defendants. | |

The United States of America, by and through Benjamin B. Wagner, United States Attorney, and Melanie L. Alsworth, Assistant United States Attorney, pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, hereby moves to dismiss without prejudice the Criminal Complaint filed against the above-named defendants in the interests of justice. Warrants are ordered recalled as to both defendants.

                                      Respectfully submitted,

Dated: February 25, 2014              BENJAMIN B. WAGNER
                                            United States Attorney

                                      By: /s/ MELANIE L. ALSWORTH
                                                MELANIE L. ALSWORTH
                                                Assistant United States Attorney

ORDER

IT IS SO ORDERED that Criminal Complaint in this case is Dismissed as to defendants, Francisco Martinez and Juventino Alvarez. Further ORDERED that the Warrants for each defendant are Recalled.

IT IS SO ORDERED.

Dated: __May 16, 2014__                    /s/ *Barbara A. McAuliffe*
                                    UNITED STATES MAGISTRATE JUDGE